FILED IN OPEN COURT
ON _2/19/15_ *JM*
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-59-1F(4)
NO. 5:15-CR-59-2F(4)
5:15-CR-59-3F(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ROBERT EARL MAYS, | ) | |
| PARIS CORDAVA WILLIAMS, | ) | |
| RICKY FRANKS | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about November 13, 2014, in the Eastern District of North Carolina, the defendants, ROBERT EARL MAYS, PARIS CORDAVA WILLIAMS and RICKY FRANKS, aiding and abetting each other, by force and violence, and by intimidation, did take from the person and presence of another person, United States Currency, to wit: approximately $1,579.00, belonging to and in the care, custody, control, management, and possession of PNC Bank located at 3401 Raleigh Road Parkway in Wilson, North Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO

On or about November 13, 2014, in the Eastern District of

North Carolina, ROBERT EARL MAYS, defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THREE

On or about November 13, 2014, in the Eastern District of North Carolina, PARIS CORDAVA WILLIAMS, defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

On or about November 13, 2014, in the Eastern District of North Carolina, RICKY FRANKS, defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

2

## FORFEITURE NOTICE

The defendant(s) are given notice of the provisions of Title 18, United States Code, Section 982 that all the defendant's interest in the property specified herein is subject to forfeiture.

As a result of the foregoing offense[s] in Counts One through Four of the indictment, the defendants shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendants obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the offenses alleged in Counts One through Four of the indictment and any property, real or personal, involved in such offenses, or any property traceable to such property.

The forfeitable property includes, but is not limited to:

    a.     A 9mm Beretta 92F and ammunition

    b.     the gross proceeds of the defendant's illegal acts, in an amount of at least $1, 579.00,

If any of the above-described forfeitable property, as a result of any act or omission of the defendants --

    a.     cannot be located upon the exercise of due diligence;

3

b.    has been transferred or sold to, or deposited
      with, a third person;

c.    has been placed beyond the jurisdiction of the
      court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which
      cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the above

forfeitable property.


A TRUE BILL    **REDACTED VERSION**
               Pursuant to the E-Government Act and the
               federal rules, the unredacted version of
               this document has been filed under seal.

\_\_\_                 FOREPERSON                    \_\_\_

DATE:    2|19|2015


THOMAS G. WALKER
United States Attorney


BY: _S. Katherine Burnette_
S. KATHERINE BURNETTE
Assistant United States Attorney


4